# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Deidre Loreal Clara Brown a/k/a Deidre L.C. Brown a/k/a Deidre Brown a/k/a Deidre L. Brown a/k/a Deidre John**

**BK NO. 21-02110 MJC**

**Chapter 13**

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Midland Mortgage, a Division of MidFirst Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
23 Mar 2026, 17:06:59, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 4b782d418e4862c7dac3fe5fd75da87cf28155ffdfe27cfd8f5660bcc707f85a